UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA YVONNE LUCAS,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | No. 2:18-cv-02184-JAM-CKD (SS)<br><br><br>ORDER |

    Plaintiff, who proceeds without counsel, commenced this social security action on August 10, 2018. (ECF No. 1.) Pursuant to the court's August 16, 2018 scheduling order, plaintiff was required to file a motion for summary judgment and/or remand within 45 days from being served with a copy of the administrative record. (ECF No. 5.) On January 9, 2019, the Commissioner lodged the administrative record and served it on plaintiff by U.S. mail. (ECF Nos. 13, 14.) The deadline having passed, plaintiff has not yet filed a motion for summary judgment.

    The court has considered whether sanctions should be imposed against plaintiff. However, in light of plaintiff's *pro se* status, the court first issues an order to show cause, providing plaintiff with an opportunity to explain her failure to file the motion for summary judgment. The court also provides plaintiff with an additional opportunity to file a motion for summary judgment.

Accordingly, IT IS HEREBY ORDERED that:

1. No later than April 22, 2019, plaintiff shall show cause in writing why this action should not be dismissed based on plaintiff's failure to file a motion for summary judgment and prosecute this case.

2. No later than April 22, 2019, plaintiff shall file a motion for summary judgment that meets the requirements of the court's August 16, 2018 scheduling order.

3. Failure to timely respond to the order to show cause and to timely file a motion for summary judgment may result in dismissal of the action pursuant to Federal Rule of Civil Procedure 41(b).

4. The Clerk of Court shall serve another copy of the court's August 16, 2018 scheduling order (ECF No. 5) on plaintiff along with a copy of this order.

Dated: March 21, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

14