UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA YVONNE LUCAS,<br><br>  Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | No. 2:18-cv-02184-JAM-CKD (SS)<br><br><br>ORDER |

Presently pending is plaintiff's motion for a 20-day extension of time to file a motion for summary judgment in this social security action. (ECF No. 21.) The motion was not properly noticed pursuant to Eastern District Local Rule 230(c).

Even assuming the motion were properly noticed, however, plaintiff's request is plainly without sufficient legal grounding. On August 16, 2018, the court issued the scheduling order in this case, which does not contemplate discovery. (ECF No. 5.) The court explained that "[u]nless a different schedule is adopted upon a showing of good cause, this case will proceed under the" scheduling order. (Id. at 2.)

Still, plaintiff requests an extension of time so that she can conduct discovery—i.e., requests for admission—in this case. (See ECF No. 21.) Plaintiff has not demonstrated good cause for modifying the scheduling order, as she has not provided any reason why she needs to

1

conduct discovery. In this case, plaintiff seeks federal court review of a final decision of the Commissioner of Social Security. (See ECF No. 1.) Such a case does not typically involve any discovery.

> The Social Security Act provides for federal court review of final decisions of the Commissioner. In such a proceeding, "the Commissioner . . . shall file a certified copy of the transcript of the record including the evidence upon which the findings and decision complained of are based." 42 U.S.C. § 405(g). Based on "the pleadings and transcript of the record," the court hearing the case may enter "a judgment affirming, modifying, or reversing the decision of the Commissioner . . . with or without remanding the cause for a rehearing." Id.

Brewes v. Comm'r of Soc. Sec. Admin., 682 F.3d 1157, 1161 (9th Cir. 2012).

Therefore, the court's review in this case will be limited to the administrative transcript (ECF No. 13), the parties' respective motions for summary judgment, and plaintiff's reply brief, if any.

Accordingly, IT IS HEREBY ORDERED that plaintiff's request for a 20-day extension of time to file a motion for summary judgment (ECF No. 21) is DENIED.

Dated: April 18, 2019

*/s/ Carolyn K. Delaney*
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

14