UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA YVONNE LUCAS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>　　　　Defendant. | No. 2:18-cv-02184 JAM CKD<br><br><br>ORDER |

Plaintiff seeks judicial review of a final decision of the Commissioner of Social Security ("Commissioner") finding that she had excess resources for the period from January 2011 through June 2015 under Section 416.1201(a) of the Social Security Act.

On December 10, 2019, the magistrate judge filed findings and recommendations herein which contained notice to the parties that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has filed objections. The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

////

////

////

1

Accordingly, IT IS HEREBY ORDRED that:

1. The December 10, 2019 findings and recommendations are adopted in full;

2. Plaintiff's motion for summary judgment (ECF No. 25) is denied;

3. Plaintiff's motion to remand (ECF No. 27) is denied;

4. The Commissioner's cross-motion for summary judgment (ECF No. 28) is granted; and

4. Judgment is entered for the Commissioner.

DATED: January 22, 2020

/s/ John A. Mendez_____

UNITED STATES DISTRICT COURT JUDGE